In the Matter of ELIJAH BELL, Petitioner, v SOCIAL WORKER JOHNSON et al., Respondents. [994 NYS2d 875]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered Feb. 20, 2014) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.